IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO CANODY,

    Petitioner,               No. CIV S-04-1168 FCD KJM P

    vs.

SCOTT KERNAN, Warden,

    Respondent.             <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 9, 2005 dismissal of his application for a writ of habeas corpus as duplicative.  Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

1  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2  reason would find it debatable whether the petition states a valid claim of the denial of a
3  constitutional right.'" <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.
4  McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).
5          After careful review of the entire record herein, this court finds that petitioner has
6  not satisfied the first requirement for issuance of a certificate of appealability in this case.
7  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8  had filed a duplicative petition.  Accordingly, a certificate of appealability should not issue in this
9  action.
10         IT IS SO ORDERED.
11 DATED: September 22, 2005

13                                /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL JR.
14                                United States District Judge